UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                             Plaintiff,

            -against-

KAELIMA MELENDEZ,

                             Defendant.

-------------------------------------------------------------------x

25-CV-07585 (JSR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On March 3, 2026, the Court scheduled a conference for April 15, 2026. ECF No. 15. Defendant failed to appear at that conference and the Court subsequently scheduled another conference for May 18, 2026. ECF No. 16. In the order, the Court warned Defendant that "failure to appear at the next conference may result in the issuance of default judgment against Defendant." Id. The Court directed Plaintiff to serve a copy of the order on Defendant, and on April 15, 2026, Plaintiff filed a certificate of service, indicating that a copy of the order had been served on Defendant by mail. ECF No. 17. On May 18, 2026, Defendant again failed to appear for the scheduled conference.

Because Defendant is pro se, the Court will give Defendant one final opportunity to appear at a conference to defend against Plaintiff's claims, before directing Plaintiff to move for default judgment. Defendant is again warned that **FAILURE TO APPEAR AT THIS CONFERENCE OR TO CONTACT THE COURT TO REQUEST THAT THE CONFERENCE BE ADJOURNED MAY RESULT IN THE ENTRY OF DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF**. The entry of default judgment would result in a

judgment against Defendant based solely on the Government's allegations in the complaint and without Defendant having had an opportunity to contest the Government's evidence in support of its case.

A conference is hereby scheduled for **Tuesday, June 16, 2026 at 2:00 p.m.** The parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [860 017 180#].**

If Defendant again fails to appear at this conference, Plaintiff is directed to file its motion for default judgment and serve it on Defendant by **July 15, 2026**. Defendant's opposition, if any, to the motion for default judgment is due **August 12, 2026**, and Plaintiff's reply brief, if any, is due **August 26, 2026**.

Plaintiff is directed to serve a copy of this order on Defendant by mail and e-mail.

**SO ORDERED.**

DATED:    New York, New York
          May 19, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge