UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

-against-

KAELIMA MELENDEZ, d/b/a TAX HUB,

Defendant.

---------------------------------------------------------------x

25-CV-7585 (JSR) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Tuesday, October 6, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Tuesday, October 6, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 22, 2026

VALERIE FIGUEREDO
United States Magistrate Judge